PROB 12B
(7/93)

Report Date: June 1, 2007

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2007

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Curtis D Crowshoe          Case Number: 2:99CR00144-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 4/20/2000          Type of Supervision: Supervised Release

Original Offense: Armed Robbery in Indian Country, 18 U.S.C. § 2111, 1153 and 2          Date Supervision Commenced: 06/01/2007

Original Sentence: Prison - 105 Months; TSR - 36 Months          Date Supervision Expires: 05/31/2010

---

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

16   You shall abstain from the use of illegal controlled substances, and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

The purpose of this petition is to apprise the Court of the status of the aforementioned case, in light of the Ninth Circuit Court of Appeals' finding in United States v. Stevens (9th Cir. 2005), and to request that the conditions of supervision be modified to authorize a maximum of six random drug tests per month.

Curtis Crowshoe was asked whether he would waive his right to a hearing and agree to the modifications as previously described. As indicated by the enclosed Waiver of Hearing to Modify Conditions of Supervised Release form, Mr. Crowshoe has agreed to the proposed modifications.

Respectfully submitted,

by  _____

Tommy Rosser
U.S. Probation Officer
Date: June 1, 2007

THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
JFVS [X] The Modification of Conditions as Noted Above
[ ] Other

_____
Signature of Judicial Officer

June 7, 2007
Date